```
                    UNITED STATES BANKRUPTCY COURT
                      Middle District of North Carolina

IN RE:
   DANIEL GLENN GREENE                          CASE NO. 06-80768
                                                JUDGE William L. Stocks
   2124 STADIUM DRIVE
   DURHAM NC
                             27705              DATE: 01/05/07
        Debtor(s)

---SSN(1)XXX-XX-2339 SSN(2)XXX-XX-0000-----------------------------------

                        REPORT OF FILED CLAIMS
-------------------------------------------------------------------------

     Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs  of claim
filed in this case and objected to the allowance of such claims as  appeared  to
be improper except where no purpose would have been served  by  such  objection.
After such examination and objections, if any, the trustee  states  that  claims
should be deemed allowed or "not filed" as indicated below.


-------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
-------------------------------------------------------------------------
AT & T UNIVERSAL CARD                        .00    Unsecured
P O BOX 183051                       INT:   .00%    NOT FILED
COLUMBUS OH                               116579    ACCT:5491-1303-9627-6081
                           43218-0000       0012    COMM:
-------------------------------------------------------------------------
AT & T UNIVERSAL CARD                        .00    NOTICES ONLY
ATTN BANKRUPTCY DEPARTMENT           INT:   .00%    NOT FILED
P O BOX 44167                             187122    ACCT:REP:AT&T UNIV CARD
JACKSONVILLE FL            32231-4167       0013    COMM:REP:AT&T UNIV CARD
-------------------------------------------------------------------------
BANKCARD SERVICES                            .00    NOTICES ONLY
P O BOX 15026                        INT:   .00%    NOT FILED
WILMINGTON DE                             261335    ACCT:REP:WACHOVIA
                           19850-5026       0028    COMM:REP:WACHOVIA
-------------------------------------------------------------------------
CAPITAL ONE                                  .00    NOTICES ONLY
P O BOX 30285                        INT:   .00%    NOT FILED
SALT LAKE CITY UT                         153317    ACCT:REP:CAPITAL ONE
                           84130-0285       0016    COMM:REP:CAPITAL ONE
-------------------------------------------------------------------------
CAPITAL ONE BANK                        1,041.37    Unsecured
% TSYS DEBT MANAGEMENT               INT:   .00%
P O BOX 5155                              110808    ACCT:51 TDM 5262 1288 600
NORCROSS GA                30091-0000       0015    COMM:B0000000 7114670NCM2
-------------------------------------------------------------------------
CHASE                                        .00    NOTICES ONLY
P O BOX 100045                       INT:   .00%    NOT FILED
KENNESAW GA                               118575    ACCT:REP:CHASE
                           30156-9245       0018    COMM:REP:CHASE
-------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
CHASE BANK USA NA                         424.57   Unsecured
CIRCUIT CITY PRIVATE LABEL EPP         INT:   .00%
P O BOX 100018                            199335   ACCT:4327
KENNESAW GA                  30156-9204   0017     COMM:NO PROPER CONTRACT
------------------------------------------------------------------------------
COASTAL FEDERAL CREDIT UNION           29,405.48   VEHICLE
P O BOX 58429                          INT:  6.25%
RALEIGH NC                                058700   ACCT:80000 32410
                             27658-0000   0001     COMM:05 TOYOTA TUNDRA
------------------------------------------------------------------------------
CREDIT BUREAU                                .00   NOTICES ONLY
P O BOX 26140                          INT:   .00% NOT FILED
GREENSBORO NC                             116929   ACCT:
                             27402-0000   0031     COMM:
------------------------------------------------------------------------------
CREDIT BUREAU OF GREENSBORO                  .00   Unsecured
P O BOX 26140                          INT:   .00% NOT FILED
GREENSBORO NC                             086884   ACCT:
                             27402-0000   0019     COMM:
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX COLLECT               .00   Priority
P O BOX 3397                           INT:   .00% NOT FILED
DURHAM NC                                 080868   ACCT:
                             27701-0000   0005     COMM:
------------------------------------------------------------------------------
DURHAM COUNTY REGISTER OF DEED             28.00   Special Cost Item
COUNTY JUDICIAL BUILDING               INT:   .00%
DURHAM NC                                 012700   ACCT:
                             27702-0000   0035     COMM:RECORD NOTICE
------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION                 .00   Secured
ASSIGNEE OF HOUSEHOLD BANK             INT:   .00% SURRENDERED COLLATERAL
P O BOX 7247-6971                         071006   ACCT:6479/KAWASAKI
PHILADELPHIA PA              19170-6971   0002     COMM:05 KAWASAKI/RELEASED
------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION           10,816.31   Unsecured
P O BOX 35480                          INT:   .00%
NEWARK NJ                                 016426   ACCT:4473
                             07193-5480   0014     COMM:MBNA
------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION           25,990.39   Unsecured
P O BOX 35480                          INT:   .00%
NEWARK NJ                                 016426   ACCT:0687
                             07193-5480   0022     COMM:MBNA
------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION              277.79   Unsecured
P O BOX 35480                          INT:   .00%
NEWARK NJ                                 016426   ACCT:1956
                             07193-5480   0024     COMM:GE MONEY/PAYPAL
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION            929.75    Unsecured
P O BOX 35480                         INT:   .00%
NEWARK NJ                               016426    ACCT:2887
                              07193-5480    0029  COMM:GE MNEY BNK/WAL-MART
------------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION          2,904.82    Unsecured
ASSIGNEE OF HOUSEHOLD BANK            INT:   .00%
P O BOX 7247-6971                       071006    ACCT:*************6479/KAW
PHILADELPHIA PA               19170-6971    2002  COMM:ORD 11/5/06
------------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION             .00    NOTICES ONLY
ATTN BENEFIT PAYMENT CONTROL          INT:   .00% NOT FILED
P O BOX 26504                           406559    ACCT:
RALEIGH NC                    27611-6504    0020  COMM:
------------------------------------------------------------------------------
GE MONEY BANK DBA ROOMS TO GO         1,294.76    Unsecured
GE CONSUMER FIN/GE MONEY BANK         INT:   .00%
P O BOX 960061                          157979    ACCT:601919 RMS 2607316
ORLANDO FL                    32896-0661    0026  COMM:
------------------------------------------------------------------------------
GEMB                                       .00    NOTICES ONLY
P O BOX 981064                        INT:   .00% NOT FILED
EL PASO TX                              489059    ACCT:REP:PAYPAL CREDIT
                              79998-1064    0025  COMM:REP:PAYPAL CREDIT
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                   .00    Priority
P O BOX 21126                         INT:   .00% NOT FILED
PHILADELPHIA PA                         010052    ACCT:
                              19114-0000    0006  COMM:
------------------------------------------------------------------------------
JC PENNY                                   .00    Special
P O BOX 960090                        INT:   .00% NOT FILED
ORLANDO FL                              134495    ACCT:5433-8010-9699-6530
                              32896-0090    0021  COMM:CO-SIGNED/PAY IN FUL
------------------------------------------------------------------------------
JESSICA GREENE                             .00    NOTICES ONLY
5000 BEAVER BROOK RD APT 101          INT:   .00% NOT FILED
RALEIGH NC                              207609    ACCT:
                              27612-6012    0033  COMM:
------------------------------------------------------------------------------
KIRSCHBAUM NANNEY BROWN ET AL              .00    NOTICES ONLY
P O BOX 19766                         INT:   .00% NOT FILED
RALEIGH NC                              043909    ACCT:
                              27619-0000    0034  COMM:
------------------------------------------------------------------------------
M & T MORTGAGE COMPANY                  929.00    CONTINUING DEBT
P O BOX 1288                          INT:   .00%
BUFFALO NY                              096727    ACCT:0011405529/REG PYMT
                              14240-1280    0003  COMM:1ST DEED/TRUST (RES)
------------------------------------------------------------------------------
```

```
                    PAGE   4 - CHAPTER 13 CASE NO. 06-80768

--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------------
M & T MORTGAGE CORP                          .00    NOTICES ONLY
P O BOX 1288                         INT:   .00%    NOT FILED
BUFFALO NY                                780111    ACCT:REP:MFG & TRADERS
                                14240-0000   0004   COMM:REP:MFG & TRADERS
--------------------------------------------------------------------------------
MBNA AMERICA                                 .00    NOTICES ONLY
P O BOX 15027                        INT:   .00%    NOT FILED
WILMINGTON DE                             019463    ACCT:REP:MBNA AMERICA
                                19850-5027   0023   COMM:REP:MBNA AMERICA
--------------------------------------------------------------------------------
NC CHILD SUPPORT                             .00    Priority
CENTRALIZED COLLECTIONS              INT:   .00%    NOT FILED
P O BOX 900006                            066666    ACCT:
RALEIGH NC                      27675-9006   0008   COMM:
--------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    Priority
BANKRUPTCY UNIT/OFFC SERV DIV        INT:   .00%    NOT FILED
P O BOX 1168                              010055    ACCT:
RALEIGH NC                      27602-1168   0009   COMM:
--------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% NC DEPARTMENT OF JUSTICE           INT:   .00%    NOT FILED
P O BOX 629                               065002    ACCT:REP:NC DEPT OF REV
RALEIGH NC                      27602-0629   0010   COMM:REP:NC DEPT OF REV
--------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% REGINALD S HINTON                  INT:   .00%    NOT FILED
P O BOX 25000                             042496    ACCT:REP:NC DEPT OF REV
RALEIGH NC                      27640-5000   0011   COMM:REP:NC DEPT OF REV
--------------------------------------------------------------------------------
NC EMPLOYMENT SECURITY COMM                  .00    NOTICES ONLY
P O BOX 26504                        INT:   .00%    NOT FILED
RALEIGH NC                                053112    ACCT:
                                27611-0000   0032   COMM:
--------------------------------------------------------------------------------
U S ATTORNEY                                 .00    NOTICES ONLY
MIDDLE DISTRICT                      INT:   .00%    NOT FILED
P O BOX 1858                              060968    ACCT:REP:IRS
GREENSBORO NC                   27402-0000   0007   COMM:REP:IRS
--------------------------------------------------------------------------------
WACHOVIA                                     .00    Unsecured
P O BOX 15286                        INT:   .00%    NOT FILED
WILMINGTON DE                             109647    ACCT:4264-2994-9420-4473
                                19886-0000   0027   COMM:
--------------------------------------------------------------------------------
WALMART                                      .00    NOTICES ONLY
P O BOX 981401                       INT:   .00%    NOT FILED
EL PASO TX                                169027    ACCT:REP:WALMART
                                79998-1401   0030   COMM:REP:WALMART
--------------------------------------------------------------------------------
TOTAL                                  74,042.24
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------
JOHN T ORCUTT                         2,300.00    ATTORNEY
6616-203 SIX FORKS ROAD
RALEIGH NC
                          27615-0000
--------------------------------------------------------------------------
```

```
                                    RICHARD M HUTSON II
                                    P O BOX 3613
                                    DURHAM NC
                                                   27702-3613
```

NOTICE OF FILING OF REPORT OF FILED CLAIMS

   The foregoing Report of Filed Claims has been  filed  with  the  Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the debtor or other party in interest.

   Any objection to a claim should be filed in  writing  with  the  Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, US Bankruptcy Court
> 101 S. Edgeworth Street
> PO Box 26100
> Greensboro, NC  27420-6100

   If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection  is filed.

```
                                      OFFICE OF THE CHAPTER 13 TRUSTEE

Date: 01/05/2007              By: /S/ Brenda Sprouse
                                  Clerk
                                  Chapter 13 Office
                                  PO Box 3613
                                  Durham, NC  27702-3613


cc:   Debtor(s)
      Attorney for Debtor(s)
```