# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Daniel G. Greene | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-06-80768 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On September 7, 2006, the Debtor's plan was confirmed. M&T Bank ("M&T") was allowed a long-term continuing debt claim payable through the Trustee's Office at a rate of $929.00 per month effective November, 2006. On November 17, 2009, M&T filed an arrearage claim in the amount of $3,713.84 for payments due from July, 2006 through October, 2006.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing M&T a secured claim for arrearages in the amount of $3,713.84 payable in monthly installments of $170.00.

Date: December 4, 2009                                         s/Richard M. Hutson, II
        ej                                                                    Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  January 4, 2010,  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  January 14, 2010,  at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: December 4, 2009                                         OFFICE OF THE CLERK
                                                                                U.S. Bankruptcy Court

Daniel G. Greene
2124 Stadium Dr.
Durham, NC  27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

M& T Bank
1 Fountain Plaza
Buffalo, NY  14203