C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-06-80768 C-13D |
| Daniel G. Greene | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## WITHDRAWAL OF MOTION

NOW COMES Richard M. Hutson, II, Standing Trustee, and requests that the Motion (Document No. 37) be withdrawn.

Date: <u>December 4, 2009</u>        <u>s/Richard M. Hutson, II</u>
                                     Richard M. Hutson, II
                                     Standing Trustee
                                     PO Box 3613
                                     Durham, NC  27702

**PARTIES TO BE SERVED**
**Page 1 of 1**
**06-80768 C-13D**

Daniel G. Greene
2124 Stadium Dr.
Durham, NC  27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

M& T Bank
1 Fountain Plaza
Buffalo, NY  14203