**Daniel Glenn Greene**
**2124 Stadium Drive**
**Durham, NC 27705**

Case # B-06-80768 C-13D

To the U.S Bankruptcy Court

Please accept this letter as my **WRITTEN OBJECTION** to your motion and notice dated 12-4-2009. I object to the $170.00 per month proposal. This is clearly the miscalculation of funds by the Trustee. The Trustee should have clearly paid specific attention to my mortgage payment.

My first proposal is that I continue paying the $1719.00 per month as ordered and the Trustee make sure that my mortgage is paid as I would have paid it, while making lesser payment to the other creditors that are on the Chapter 13 order.

**Mortgage-$1025.00**
**Coastal----$586.00**

**The $170.00 per month proposal can come from the remainder of the $1719.00 monthly payment.**

My second proposal is to adjust my Chapter 13 order and allow me to make my own mortgage payments because it is clear that that the Trustee will not pay closer attention than I will.

Any questions, please contact me at 919-479-5169

Respectfully submitted

*[signature]*
Daniel Glenn Greene

cc: Trustee 12/14/09

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: Daniel G. Greene )  Motion and Notice
)  Chapter 13
)
)
)  No: B-06-80768 C-13D
)
Debtor(s) )

FILED DEC 14 '09 PM 2:00 USBC-GM

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On September 7, 2006, the Debtor's plan was confirmed. M&T Bank ("M&T") was allowed a long-term continuing debt claim payable through the Trustee's Office at a rate of $929.00 per month effective November, 2006. On November 17, 2009, M&T filed an arrearage claim in the amount of $3,713.84 for payments due from July, 2006 through October, 2006.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing M&T a secured claim for arrearages in the amount of $3,713.84 payable in monthly installments of $170.00.

Date: December 4, 2009                                      s/Richard M. Hutson, II
      ej                                                    Standing Trustee

----

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before __January 4, 2010,__ with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on __January 14, 2010,__ at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: December 4, 2009                                      OFFICE OF THE CLERK
                                                            U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**06-80768 C-13D**

Daniel G. Greene
2124 Stadium Dr.
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

M& T Bank
1 Fountain Plaza
Buffalo, NY 14203

075742   43909075817016

DG KEENE
2124 Stadium Drive
Durham, NC 27705

U.S. Bankruptcy Court
101 S. Edgeworth St.
Greensboro, NC
27401

27401+8024

